805 A.2d 1208

IN THE MATTER OF STEPHEN H. ROSEN,
AN ATTORNEY AT LAW.

September 23, 2002.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **STEPHEN H. ROSEN**, formerly of **GLEN**

**RIDGE,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of three months effective March 25, 2002, by Order of this Court dated February 21, 2002, be restored to the practice of law, effective immediately.